WILLIAM J. BOEHM, executor, &c., appellant,

*v.*

MARY DOMAGAUER REIDER et al., respondents.

[Argued May term, 1925.    Decided October 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Buchanan, whose opinion is reported in *96 N. J. Eq. 167.*

*Messrs. Stamler, Stamler & Koestler,* for the appellant.

*Mr. Abe J. David,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ.    13.

*For reversal*—None.